01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          **)**
                                    **)**   CASE NO. MJ22-573
    Plaintiff,             **)**
                                    **)**
    v.                      **)**
                                    **)**   DETENTION ORDER
ENOC MARTINEZ LOPEZ,                **)**
                                    **)**
    Defendant.              **)**
_____     **)**

Offenses charged:

   1.  Conspiracy to Distribute Controlled Substances

   2.  Distribution of Controlled Substances

   3.  Distribution of Fentanyl

Date of Detention Hearing:    December 1, 2022.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which Defendant can meet will reasonably

assure the appearance of Defendant as required and the safety of other persons and the

DETENTION ORDER
PAGE -1

01  community.

02  <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

03      1.     Defendant has been charged with a drug offense, the maximum penalty of which

04  is in excess of ten years.   There is therefore a rebuttable presumption against Defendant as to

05  both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

06      2.     Defendant poses a risk of flight based on his significant family ties to Mexico,

07  including a visit to Mexico within the last month.   Defendant is a danger to the community

08  because of the nature of the charged offense involving the seizure of large amounts of fentanyl

09  powder, fentanyl pills, and cocaine found at his residence that he shares with his young children.

10  The Court also notes material discrepancies between Defendant's statements regarding his

11  finances, his residence, and his use of controlled substances and alcohol, and statements from

12  his collateral contact and his treatment provider.   Defendant allegedly committed the current

13  offense while under Court supervision.   Finally, the weight of the evidence in this matter is

14  strong, based upon controlled buys, intercepted communications, and a search of Defendant's

15  residence, which resulted in seizure of the above-described controlled substances and

16  approximately $170,000 in cash.

17      3.     There does not appear to be any condition or combination of conditions that will

18  reasonably assure the defendant's appearance at future Court hearings while addressing the

19  danger to other persons or the community.

20  It is therefore ORDERED:

21  1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

22      General for confinement in a correction facility separate, to the extent practicable, from

DETENTION ORDER
PAGE -2

01  persons awaiting or serving sentences or being held in custody pending appeal;

02  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

03  3.  On order of the United States or on request of an attorney for the Government, the person

04      in charge of the corrections facility in which defendant is confined shall deliver the

05      defendant to a United States Marshal for the purpose of an appearance in connection with a

06      court proceeding; and

07  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

08      the defendant, to the United States Marshal, and to the United State Probation Services

09      Officer.

10          DATED this 1st day of December, 2022.

11

12  S. KATE VAUGHAN
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3